PHILIP SANGUEDOLCE, an Infant, by FRED A. SANGUEDOLCE, His Guardian ad Litem, Respondent, *v.* GENESEE RIVER LAND DEVELOPMENT CORPORATION, Appellant.

FRED A. SANGUEDOLCE, Respondent, *v.* GENESEE RIVER LAND DEVELOPMENT CORPORATION, Appellant.

Argued November 24, 1953; decided January 15, 1954.

*Luther Ira Webster* for appellant.

*Milton Karz* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.